**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED SEP 10 2013 CHAMBERS OF ALVIN K. HELLERSTEIN USDJ

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE and THE STATE OF NEW YORK ex rel. JOHN DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>STRUCTURED EMPLOYMENT ECONOMIC DEVELOPMENT CORPORATION,<br><br>    Defendant. | No. 11 Civ. 6425 (AKH) |
| UNITED STATES OF AMERICA<br><br>    Plaintiff-Intervenor<br><br>v.<br><br>STRUCTURED EMPLOYMENT ECONOMIC DEVELOPMENT CORPORATION, ALEX MR. SAAVEDRA, SHOMARI GREENE, ALAN KATZ, TAGEWATEE CHANDARPAUL, SHANDELL SANTIAGO-VELEZ, MITCHELL MCCLINTON, and MONIQUE TARRY,<br><br>    Defendants. | |

**DEFENDANT ALEX SAAVEDRA'S NOTICE OF MOTION**
**TO DISMISS THE AMENDED COMPLAINT IN INTERVENTION**
**OF THE UNITED STATES OF AMERICA**

---

[Handwritten annotation by Judge Hellerstein:]

Motion denied. The amended complaint in intervention adequately alleges the participation of def't Saavedra in the fraud, with the other executives of the company (see, e.g., ¶¶ 33, 41, 45, 53), in violation of the False Claims Act and common law fraud. The clerk shall mark doc. #61 terminated.

I shall meet with counsel for all unsettled parties on Nov. 1, 2013, 10:00 a.m. at a status conference, and to review progress going forward.

9-11-13
A.K. Hellerstein

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the defendant Alex Saavedra will move this Court before the Honorable Alvin K,. Hellerstein at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the district court for an Order:

(1) Pursuant to Fed.R.Civ.P. 12 (b)(6) granting Mr. Saavedra's Motion to Dismiss the Complaint with prejudice, for failure to state a claim upon which relief can be granted;

(2) Pursuant to Fed R.Civ. P. 9 (b) for failure to plead the claims for relief with sufficient particularity; and

(3) for such other relief as to this Court seems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Rules of the Court opposing papers should be submitted within fourteen days after service of this motion or any agreed upon adjourn date acceptable to the Court.

Dated: New York, New York  
August 16, 2013

Respectfully Submitted,

_____/s/_____  
BETTINA SCHEIN

565 Fifth Avenue 7th Floor  
New York, New York 10007  
Counsel for Defendant Alex Saavedra

To:   AUSA Sarah J. North  
      United States Attorney's Office  
      Southern District of New York  
      86 Chambers Street  
      New York, New York 10007

      Clerk of the Court

Judge wrote:

"Motion denied. The amended complaint in intervention adequately alleges the participation of defendant Saavedra in the fraud, with the other executives of the company (see, e.g. ¶¶ 33, 41, 45, 53), in violation of the False Claims Act and common law fraud.

The Clerk shall mark doc. #61 terminated. I shall meet with counsel for all unsettled parties on November 1, 2013, 10:00 a.m. at a status conference, and to review progress going forward.

9-11-13
Alvin K. Hellerstein"