# BETTINA SCHEIN
ATTORNEY AT LAW
565 FIFTH AVENUE, 7TH FL.
NEW YORK, NEW YORK 10017

| | | |
|---|---|---|
| Alan S. Futerfas<br>Of Counsel | (212) 880-9417<br>(212) 684-5259 fax | Bettinascheinlaw@aol.com |

September 23, 2014

**Via Facsimile**
Chief Judge Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Saavedra*   11 Civ. 6425 (AKH)

Dear Chief Judge Preska:

This letter is respectfully submitted by counsel for the Defendant, Alex Saavedra ("Defendant") in the above-captioned matter. The fact discovery deadline in this case is October 10, 2014. On September 15, 2014, Defendant filed a letter with Judge Hellerstein requesting that the Court order prompt and full compliance with third part party subpoenas served on the New York City Department of Small Business Services ("SBS") and Charney Research LLC ("Charney"). Counsel for Charney, Jerry Goldfeder, Special Counsel to Strook & Strook & Lavan LLP, responded by a letter filed later that day.

On September 17, 2014, Judge Hellerstein responded to Defendant's request, noting:

Since I formerly was a partner at Strook & Strook & Lavan LLP, I have to be recused from presiding over the discovery dispute. The dispute (this letter and the "2E" letter of Bettina Schein, Esq.) is respectfully referred to Ch. J. Loretta A. Preska for hearing and final determinations. [1]

We enclose the letters and exhibits submitted in the instant discovery dispute. We respectfully request that the Court grant our document discovery request. In the alternative, we

---

[1] SBS did not respond to Defendant's September 15, 2014 letter. Since Defendant's letter, counsel for Charney has promised additional, unspecified, documents, but none have been produced.

Chief Judge Loretta A. Preska
September 23, 2014
Page 2

request that, at the Court's earliest convenience, a conference be scheduled to resolve this discovery dispute in advance of the October 10, 2014 date.

    We thank the Court for its consideration of these matters.

                                                         Respectfully yours,

                                                         Bettina Schein

cc:    Michael Rodriguez, Esq., counsel for SBS
        Jerry Goldfeder, Esq., counsel for Charney
        AUSA Ellen Blain, counsel for Plaintiff United States